PER CURIAM.

Appeal dismissed on joint motion of the parties.

■

## George E. JACKSON v. UNITED STATES of America.

### No. 4635.

United States Court of Appeals
Tenth Circuit.

March 10, 1953.

No one for appellant.

Robert E. Shelton, U. S. Atty., and Harry G. Foreman, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, on ground notice of appeal was not filed in time.

■

## William KELLY, Appellant, v. GENERAL ELECTRIC COMPANY.

### No. 11037.

United States Court of Appeals
Third Circuit.

Argued June 19, 1953.

Decided June 24, 1953.

Charles A. Lord, Philadelphia, Pa. (Richter, Lord & Farage, Philadelphia, Pa., on the brief), for appellant.

Charles J. Biddle, Philadelphia, Pa. (Francis Hopkinson, Drinker Biddle & Reath, Philadelphia, Pa., on the brief), for appellee.

Before MARIS, McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

This is an appeal from a summary judgment in favor of the defendant in a suit by the plaintiff, an injured employee, under the Federal Employers' Liability Act, 45 U.S.C.A. § 51 et seq. The sole question in the case is whether the district court erred in holding that the defendant is not a common carrier by railroad within the meaning of that Act and entering summary judgment accordingly. We find ourselves in complete agreement with the views expressed in the able and comprehensive opinion filed by Judge Clary in the district court, 110 F.Supp. 4, to which we need add nothing.

The judgment of the district court will be affirmed.

■

## Elmer F. KELM, U. S. Collector of Internal Revenue for the District of Minnesota, Appellant, v. William R. VAN SLYKE, Jr., as Administrator c. t. a. of the Estate of William R. Van Slyke, Deceased, and Frances B. Van Slyke.

### No. 14803.

United States Court of Appeals
Eighth Circuit.

April 27, 1953.

George MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., Minneapolis, Minn., for appellant.

Morgan, Headley, Raudenbush & Morgan, St. Paul, Minn., for appellees.

PER CURIAM.

Appeal from District Court, 107 F.Supp. 229, dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

Elmer F. KELM, U. S. Collector of Internal Revenue for the District of Minnesota, Appellant, v. William R. VAN SLYKE, Jr., as Administrator c. t. a. of the Estate of William R. Van Slyke, Deceased.

No. 14804.

United States Court of Appeals
Eighth Circuit.

April 27, 1953.

George MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., Minneapolis, Minn., for appellant.

Morgan, Headley, Raudenbush & Morgan, St. Paul, Minn., for appellees.

PER CURIAM.

Appeal from District Court, 107 F.Supp. 229, dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

Frazier LEWIS v. Mary LEWIS, now Timothy et al.

No. 4546.

United States Court of Appeals
Tenth Circuit.

March 2, 1953.

Young, Young & Young, Sapulpa, Okl., for appellant.

B. H. Tabor, Checotah, Okl., Hunt & Eagleton, Tulsa, Okl., John W. Porter, Muskogee, Okl., Cyrus L. Billings, Tulsa, Okl., William C. Liedtke, Tulsa, Okl., James M. McInerney, Asst. Atty. Gen., Roger P. Marquis, and Reginald W. Barnes, Department of Justice, Washington, D. C., and Edwin Langley, U. S. Atty., and J. W. Crawford, Asst. U. S. Atty., Muskogee, Okl., for appellees.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

S. M. MASTERS, an Individual Trading as S. M. Masters Lumber Company, Appellant, v. MASSACHUSETTS BONDING & INSURANCE COMPANY, a Corporation.

No. 14685.

United States Court of Appeals
Eighth Circuit.

May 12, 1953.

David F. Crossen, St. Louis, Mo., for appellant.

Leahy & Leahy and Fred J. L. Schuler, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellee.

S. M. MASTERS, an Individual Trading as S. M. Masters Lumber Company, Appellant, v. UNITED STATES of America.

No. 14684.

United States Court of Appeals
Eighth Circuit.

April 16, 1953.

Walther, Hecker, Walther & Barnard, St. Louis, Mo., for appellant.

William W. Crowdus, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.